| 13 | 579 |
| 50 | 161 |

## Bryce Elliott *v.* J. B. Brown, Executor.

Where a reconventional demand founded on a promissory note was set up, and by a consent judgment the plaintiff's suit was dismissed—*Held :* That it was a voluntary abandonment of the reconventional demand and did not interrupt the prescription on the note.

An admission by a party, that a person holds a note against him is not, of itself, an admission that he justly owed to such person the amount of the note ; there must be an acknowledgment of the creditor's rights.

APPEAL from the District Court of the Parish of St. Mary, *Voorhies,* J.
    *H. C. & T. G. Wilson,* for plaintiff and appellant.    *J. G. Olivier,* for defendant.

Spofford, J.    The defendant pleads the prescription of five years to an action upon a negotiable promissory note.

The only question is, has prescription been interrupted ?    The District Judge decided that it had not, and the plaintiff has appealed.

In a suit brought by the deceased, *George Elliott,* against *Bryce Elliott,* (the present plaintiff,) in 1851, for the supplement of the price of a plantation, the latter pleaded in reconvention a promissory note, said to be the note now sued on.    But, by a consent judgment, the suit was dismissed.    This was a voluntary abandonment or discontinuance of the reconventional demand, and, so far as its mere institution is concerned, the interruption is considered as never having happened.    C. C. 3485.

But it is said that *Bryce Elliott's* answers to interrogatories propounded to him by the plaintiff in that suit, herein represented by *Brown,* executor, did interrupt prescription.    He was not interrogated as to the note now in question, but upon quite other and distinct matters.    But he added to his last answer the following statement : "I also hold *a note of ten thousand dollars* against plaintiff, after paying $15,000 for him."

This is no more an acknowledgment of *the debt* by *George Elliott,* than was the admission testified to by the witness, *Tarkington,* offered by the plaintiff in the present suit.    *Tarkington* says, " that he has heard *George Elliott* say, within the last five years, that *Bryce Elliott* held a note against him, but did not acknowledge that he owed the note or state the amount, but, on the contrary, stated that *Bryce Elliott* was largely indebted to him."

There must be an *acknowledgement of the creditor's right.*    C. C. 3486.    An admission by the alleged debtor that a third person holds a note against him, is not, of itself, an admission that he justly owes to such person the amount of the note.

Judgment affirmed.